JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| GANGA, INC. dba ROAR, a California corporation,<br><br>PLAINTIFF,<br><br>v.<br><br>LAWMAN SPORTSWEAR, INC., a Delaware corporation; WILLIAM CHU, aka LAI KUEN CHU, an Individual; SONA CHUI, an Individual; MIKE'S WESTERN WEAR, INC., a Texas corporation, SHEPLERS, INC., a Kansas corporation; BASKIN ACQUISITION HOLDINGS, LLC, dba BASKIN'S DEPARTMENT STORES, a Delaware corporation; and DOES 1-10, inclusive,<br><br>DEFENDANTS. | CASE NO.: CV12-760 DMG (SHx)<br><br>**ORDER DISMISSING ACTION [9]** |

# ORDER

Pursuant to the parties' Stipulation, this action is hereby dismissed, in its entirety and with prejudice, and with plaintiff, on the one hand, and defendants, on the other hand, to bear their respective attorneys' fees and costs.  This court shall retain jurisdiction over any disputes relating to the settlement agreement reached in this matter.

**IT IS SO ORDERED.**

Dated:  July 12, 2013

_____
Dolly M. Gee
United States District Judge